# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WARREN H. COBB,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:06-cv-860-Orl-31KRS

**NEW CINGULAR WIRELESS PCS, LLC, COLLECTION COMPANY OF AMERICA, and OXFORD MANAGEMENT SERVICES ,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Plaintiff's Notice of voluntary Dismissal without Prejudice (Doc. 29), it is

**ORDERED** that Plaintiff's claims in Counts I, II and III are hereby DISMISSED, without prejudice. Defendant Cingular's Motion to Dismiss (Doc. 17) is DENIED, as moot. Inasmuch as this dismissal resolves all federal claims, the Court declines to exercise supplemental jurisdiction. This case is REMANDED to state court, and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 31, 2006.

                                                      GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party